IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT W. PAISLEY** | : | CIVIL ACTION NO. 1:14-cv-1656 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |
| | : | |
| Defendant | : | |

# O R D E R

Before the Court in the above captioned action is an August 5, 2015 Report and Recommendation of the Magistrate Judge. The Defendant waived the opportunity to file objections (Doc. No. 18). **ACCORDINGLY**, this 20th day of August 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 17) of Magistrate Judge Cohn.

2) The decision of the Commissioner of Social Security denying Plaintiff's social security disability insurance and supplemental security income benefits is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security to develop the record fully, conduct a new administrative hearing and appropriately evaluate the evidence.

3) The Clerk of Court shall **CLOSE** the case.

                                        s/ Yvette Kane
                                        YVETTE KANE, District Judge
                                        United States District Court